1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Tisha Kramer, | ) | Case No: 2:14-cv-02232-MCD-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING STIPULATION** |
| vs. | ) | **RE: DISMISSAL OF ENTIRE ACTION** |
| | ) | **AND ALL PARTIES WITH PREJUDICE,** |
| Educational Credit Management Corporation | ) | **PURSUANT TO FRCP 41(a)(1)** |
| and DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Court has reviewed the Stipulation of Plaintiff TISHA KRAMER and Defendant

EDUCATIONAL CREDIT MANAGEMENT CORPORATION to dismiss with prejudice the

above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court

orders as follows:

///

///

///

///

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), and each Party shall bear its own costs and expenses.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**

Dated:  November 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT